

258 Saw Mill River Road, Elmsford, NY 10523
Tel: 914.592.1515 | Fax: 914.592.3213

> Application granted. The return date of the Order to Show Cause returnable - on submission - currently scheduled for October 23, 2020 is adjourned to November 23, 2020.
>
> Defendant's opposition, if any, shall be served and filed on or before November 16, 2020.
>
> The Clerk is respectfully directed to terminate the pending motion sequence at Doc. 18.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: New York, New York
>        October 22, 2020

<u>Via ECF</u>
Hon. Judge Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, N. Y. 10601

      Re: <u>Trustees of the Operating Engineers Local 137, 137A, 137B, 137C & 137R Annuity, Pension, Welfare and Apprenticeship Skill Improvement & Safety Funds et al. v. State Contracting Corp. of NY</u>

Dear Honorable Judge Halpern:

    This office represents Plaintiff in the above-captioned matter. Defendants have not made an appearance in the matter to date. Your Honor scheduled an Order to Show Cause Hearing for a Default Judgment for October 23, 2020 at 5:00 p.m.

    Plaintiffs were recently contacted by the Defendants and are in the process of settling the matter. Plaintiffs respectfully request an adjournment of the Order to Show Cause Hearing for thirty days to allow the parties time to settle the matter. This is the first request for an adjournment in this matter. Thank you for your attention and courtesies.

                                                Sincerely,

                                               /s/Michele Harari
                                               Michele Joy Harari, Esq.